# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **VLSI TECHNOLOGY LLC,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**INTEL CORPORATION,**<br><br>　　　　**Defendant.** | **Cause No. 6:19-cv-254-ADA**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule Civil Procedure 7.1, Plaintiff hereby makes the following disclosures: VLSI Technology LLC is a subsidiary of CF VLSI Holding LLC, a privately held company. No publicly held corporation owns 10% or more of Plaintiff's stock.

Dated: April 12, 2019               Respectfully submitted,

                                    By:  */s/J. Mark Mann*
                                    J. Mark Mann
                                    State Bar No. 12926150
                                    mark@themannfirm.com
                                    G. Blake Thompson
                                    State Bar No. 24042033
                                    blake@themannfirm.com
                                    **MANN | TINDEL | THOMPSON**
                                    300 W. Main Street
                                    Henderson, TX 75652
                                    Telephone:  903.657.8540
                                    Fax:  903.657.6003

                                    Andy Tindel (Texas Bar No. 20054500)
                                    atindel@andytindel.com
                                    **MANN | TINDEL | THOMPSON**
                                    112 E. Line Street, Suite 304
                                    Tyler, Texas 75702
                                    Telephone: (903) 596-0900
                                    Facsimile: (903) 596-0909

                                    Craig D. Cherry (Texas Bar No. 24012419)
                                    ccherry@haleyolson.com
                                    **HALEY & OLSON, P.C.**
                                    100 N. Ritchie Road, Suite 200
                                    Waco, Texas 76701
                                    Telephone: (254) 776-3336
                                    Facsimile: (254) 776-6823

                                    *Attorneys for Plaintiff VLSI Technology LLC*

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] – Document Filing System, to all counsel of record, on this 12th day of April, 2019.

                                    */s/ J. Mark Mann*
                                    **J. Mark Mann**