IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 6:19-CV-00254-ADA |

**INTEL CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Intel Corporation hereby certifies that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: April 30, 2019

Respectfully submitted,

*/s/ Paul T. Vanderslice*
Paul T. Vanderslice
paul.vanderslice@wilmerhale.com
DC Bar No. 888314605
New York State Bar No. 5572763
Gregory H. Lantier (*pro hac vice* to come)
gregory.lantier@wilmerhale.com
DC Bar No. 492043
New York State Bar No. 4823217
1875 Pennsylvania Ave. NW
Washington, DC 20006
Telephone: (202) 633-6000
Fax: (202) 663-6363

*ATTORNEYS FOR DEFENDANT INTEL CORPORATION*

## **CERTIFICATE OF SERVICE**

The undersigned certified that on April 30, 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                              */s/ Paul T. Vanderslice*
                                              Paul T. Vanderslice