# Exhibit 2

# Delaware

The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "CF VLSI HOLDINGS LLC", FILED IN THIS OFFICE ON THE TWENTY-NINTH DAY OF JUNE, A.D. 2016, AT 4:39 O`CLOCK P.M.*



Jeffrey W. Bullock, Secretary of State

6082637  8100
SR# 20194015958

Authentication: 202839716
Date: 05-16-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:39 PM 06/29/2016
FILED 04:39 PM 06/29/2016
SR 20164711654 - File Number 6082637

# CERTIFICATE OF FORMATION

## OF

## CF VLSI HOLDINGS LLC

...........................................................

*Pursuant to Section § 18-201 of the Limited Liability Company Act*

*of the State of Delaware*

...........................................................

**FIRST:** The name of the limited liability company is **CF VLSI Holdings LLC.**

**SECOND:** The address of the registered office of the limited liability company in the State of Delaware is Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801. The name of its registered agent at such address is The Corporation Trust Company.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation this 29th day of June, 2016.

By: _____
Name: Justin Klein
Title: Authorized Person