# Exhibit 5

| | |
|---|---|
| **From:** | Saxton, Kate |
| **Sent:** | Wednesday, March 27, 2019 12:37 PM |
| **To:** | Proctor, Amy; bfarnan@farnanlaw.com; #VLSI-Intel [Int]; mfarnan@farnanlaw.com |
| **Cc:** | WH Intel-VLSI Service; jblumenfeld@mnat.com; JTigan@MNAT.com |
| **Subject:** | VLSI/Intel (D. Del. 19-426 Action) - Correspondence |

Counsel-

In light of the Court's order granting Intel's Motion to Dismiss Claims for Willful and Indirect infringement in the 18-966 action, please let us know if VLSI will agree to dismiss its claims for enhanced damages, its allegations regarding willful infringement [¶¶ 33, 39, 67, 73, 107, 113, 137, 143, 166, 172, 203, 209, Prayer for Relief (B)], and its claims of pre-complaint indirect infringement in Civil Action 19-426.  Given that Intel's response to VLSI's complaint is due on April 5, please let us know VLSI's position by no later than close of business on Monday, April 1.

Best regards,

Kate


**Kate Saxton | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6253 (t)
+1 617 526 5000 (f)
kate.saxton@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.