# Exhibit 6

## Contact

www.linkedin.com/in/aaron-slan-6837034 (LinkedIn)

### Top Skills
Private Equity
Valuation
Investment Banking

### Languages
German
French

# Aaron Slan

Managing Director at Fortress Investment Group
New York, New York

## Summary

Private equity and special situations investment professional with over 13 years of experience. Core expertise in financial services and intellectual property driven technology sectors. Proven ability to successfully source, execute and manage private equity and other structured transactions. Served on boards and as lead asset manager on a number of investments playing key role in strategic decisions including acquisitions, incentive plans, management changes, and restructurings.

---

## Experience

**Fortress Investment Group**
Managing Director
2007 - 2018 (12 years)
Greater New York City Area

**Bear Stearns Merchant Banking**
Associate
2005 - 2007 (3 years)

**Credit Suisse First Boston**
Analyst
2003 - 2005 (3 years)

---

## Education

**University of Pennsylvania - The Wharton School**
BSc, Finance and Decision Processes · (2001 - 2003)

**Universität St. Gallen-Hochschule für Wirtschafts-, Rechts- und Sozialwissenschaften**
 · (1999 - 2001)