# Exhibit 7

## Contact

www.linkedin.com/in/ami-shah-429aa349 (LinkedIn)

## Top Skills

Patents
Semiconductors
Patent Prosecution

# Ami Shah

Managing Director Intellectual Property Finance Group at Fortress Investment Group
Washington D.C. Metro Area

## Experience

Fortress Investment Group
Managing Director Intellectual Property Finance Group at Fortress Investment Group
February 2013 - Present

Koru Ventures
Partner
January 2013 - February 2013 (2 months)

Intel Corporation
Wireless Patent Portfolio Manager
March 2003 - January 2013 (9 years 11 months)

Manage various aspects of Wireless IP at Intel.

Dorsey & Whitney LLP
Senior Associate
May 1998 - March 2003 (4 years 11 months)

Fish & Richardson P.C.
Associate
1996 - 1998 (3 years)

USPTO
Patent Examiner
1994 - 1996 (3 years)