# Exhibit 8

## Contact

www.linkedin.com/in/eran-
zur-47742 (LinkedIn)
www.rpxcorp.com (Company)

## Top Skills

Patents

Licensing

Intellectual Property

# Eran Zur

Managing Director Intellectual Property Finance Group at Fortress
Investment Group
San Francisco Bay Area

## Summary

Specialties: Patent licensing and infringement enforcement, patent
mining and strategic patenting.

———

## Experience

Fortress Investment Group
Managing Director
February 2013 - Present
San Francisco Bay Area

Koru Ventures
Founder and Managing Partner
August 2012 - February 2013 (7 months)

RPX Corp.
Co-Founder And President
May 2008 - August 2012 (4 years 4 months)

RPX Corp. provides a wide range of strategic IP advisory services.

Hoffman & Zur
Owner
January 2002 - May 2008 (6 years 5 months)

Handles licensing negotiations

Patentit
Partner
May 1998 - January 2002 (3 years 9 months)

I had the great fortune of working for Jerry Hosier who lead the Lemelson
licensing program.

———

## Education

## Leeds Metropolitan University

Bachelor of Laws (LLB)  · (1990 - 1993)

## University of Arizona

Master of Laws (LLM)