# Exhibit 9

## Contact

www.linkedin.com/in/joseph-
kessler-7b0278 (LinkedIn)
www.iam-magazine.com/
strategy250/directory/Detail.aspx
(Other)

## Top Skills

Patents
Technology Transfer
IP transactions

# Joseph Kessler

Managing Director, Intellectual Property Finance at Fortress
Investment Group
San Francisco, California

## Summary

Specialties: Patent Based Lending, IP Transactions, Patent
Valuation, Patents Licensing/Selling, Technology Transfer

_____

## Experience

**Fortress Investment Group**
Managing Director
March 2013 - Present
San Francisco Bay Area

**Koru Venture Partners**
Managing Partner
August 2012 - February 2013 (7 months)
Koru Venture Partners is an asset based lending fund that provides technology
companies with capital in the form of patent backed loans.

Koru Venture Partners offers mid and late stage technology companies an
innovative way of leveraging their patents without risking them in litigation or
losing a strategic advantage by selling. Companies can now take advantage
of an attractive new source of funding at competitive terms compared with
traditional capital providers.
The investment team is comprised of world-renowned experts in patent
valuation, brokerage, and monetization, as well as investment banking and
venture lending. The team has a strong track record, deep domain experience
and comprehensive, long-tenured venture and patent industry relationships.

In February 2013 Koru Venture Partners was integrated into Fortress
Investment Group.

**Global Technology Transfer**
Founder and CEO
December 2002 - August 2012 (9 years 9 months)

Global Technology Transfer (GTT), a private firm focused on the commercialization of technologies and intellectual property. GTT is a leading intellectual property commercialization and IP transactions and advisory company in Israel. GTT consulted to a multitude of venture-backed and world renowned clients, as well as research institutions and academies, on a variety of intellectual property commercialization initiatives. Entities to which GTT has consulted include Rafael Advanced Defense Systems Limited, Israeli Aerospace Industries, Yissum - the technology transfer company of the Hebrew University of Jerusalem, Technion, ImageID, Aeroscout, BVR Systems, Serconet, Venture Capital funds and many others, mainly from Israel and Europe.

Marqera, LLC
Co-Founder and President
June 2009 - October 2011 (2 years 5 months)

Marqera is a globally focused intellectual property trading company delivering a range of products and services for parties' intellectual property needs including transactions for both patents and brands, advisory services ranging from large companies to VC/PE firms, and providing transaction capital and financing options for parties in need of IP based funding.

With offices in the U.S. and abroad, Marqera maintains one of the most experienced teams in the industry who has collectively reviewed, diligenced, negotiated, and closed over 325 IP transactions since 2005 for hundreds of different sellers throughout Europe, the United States, Asia including the Middle East, and Canada. In addition to their IP and technical experience, the Marqera team holds complimentary education and experience in the areas of law, venture capital, investment banking, hedge funds, bankruptcy, public investments, and structured finance. Marqera is positioned to service the needs of entities ranging from small- to mid-sized companies, to multinational conglomerates

———

# Education

The Interdisciplinary Center
Bachelor of Laws (LL.B.), Law, Business Administration · (1995 - 1999)