# Exhibit 10

## Contact

www.linkedin.com/in/steven-brogden-68289 (LinkedIn)

# Steven Brogden

VP
Greater Los Angeles Area

## Experience

Fortress Investment Group
Vice President
June 2009 - Present

Corporate loans

D.B. Zwirn & Co.
Associate
October 2006 - May 2009 (2 years 8 months)

Corporate loans

Commerzbank AG
Vice President
March 2002 - September 2006 (4 years 7 months)

Corporate loans

Lazard Freres
Analyst - M&A
July 2000 - March 2002 (1 year 9 months)

General

---

## Education

The University of Texas at Austin
MPA, Masters of Accounting