Exhibit 11

**uspto**   UNITED STATES
PATENT AND TRADEMARK OFFICE

# Assignment abstract of title for Application 12057989

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| HARDWARE MANAGED CONTEXT SENSITIVE INTERRUPT PRIORITY LEVEL CONTROL | 7793025 | 20090248935 | 12057989 | | |
| | Sep 7, 2010 | Oct 1, 2009 | Mar 28, 2008 | | |
| Robert Ehrlich, Brett W. Murdock, Craig D. Shaw | | | | | |

## Assignments (19 total)

### Assignment 19

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048387/0771 | Feb 11, 2019 | Feb 20, 2019 | 18 | 6 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
DAYLIGHT LAW P.C.
626 JEFFERSON AVENUE, STE. 7
REDWOOD CITY, CA 94063

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

### Assignment 18

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048348/0406 | Dec 22, 2018 | Feb 15, 2019 | 1 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
NXP USA, INC.

Correspondent
DAYLIGHT LAW, P.C.
626 JEFFERSON AVENUE, STE. 7
REDWOOD CITY, CA 94063

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
WILMINGTON, DELAWARE 19801

## Assignment 17

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 041354/0148 | Nov 7, 2016 | Jan 12, 2017 | 1445 | 44 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE NATURE OF CONVEYANCE LISTED CHANGE OF NAME SHOULD BE
MERGER AND CHANGE PREVIOUSLY RECORDED AT REEL: 040652 FRAME: 0180. ASSIGNOR(S) HEREBY CONFIRMS THE
MERGER AND CHANGE OF NAME.

| Assignors | Correspondent |
|---|---|
| FREESCALE SEMICONDUCTOR INC. | NXP USA, INC. |
| | 6501 WILLIAM CANNON DRIVE WEST |
| | AUSTIN, TX 78735 |

Assignee
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 16

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040652/0180 | Nov 7, 2016 | Nov 8, 2016 | 1445 | 44 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| FREESCALE SEMICONDUCTOR INC. | NXP USA, INC. |
| | 6501 WILLIAM CANNON DRIVE WEST |
| | AUSTIN, TX 78735 |

Assignee
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 15

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040925/0001 | Sep 12, 2016 | Sep 21, 2016 | 7471 | 511 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | JOANNA MCCALL |
| | 1025 VERMONT AVENUE NW, SUITE 1130 |
| | NATIONAL CORPORATE RESEARCH, LTD. |
| | WASHINGTON, DC 20005 |

Assignee
NXP, B.V., F/K/A FREESCALE SEMICONDUCTOR, INC.
5656 AG
HIGH TECH CAMPUS 60
EINDHOVEN
NETHERLANDS

## Assignment 14

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040928/0001 | Jun 22, 2016 | Nov 7, 2016 | 7471 | 511 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | STEWART WALSH |
| | 1025 VERMONT AVENUE NW, SUITE 1130 |
| | NATIONAL CORPORATE RESEARCH, LTD. |
| | WASHINGTON, DC 20005 |

Assignee
NXP B.V.
5656 AG HIGH TECH CAMPUS 60
EINDHOVEN
NETHERLANDS

## Assignment 13

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039138/0001 | May 25, 2016 | Jun 16, 2016 | 5800 | 501 |

Conveyance
SUPPLEMENT TO THE SECURITY AGREEMENT

| Assignors | Correspondent |
|---|---|
| FREESCALE SEMICONDUCTOR, INC. | DARLENA BARI STARK |
| | 1025 VERMONT AVE NW, SUITE 1130 |
| | NATIONAL CORPORATE RESEARCH, LTD. |
| | WASHINGTON, DC 20005 |

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
THAMES STREET WHARF
BALTIMORE, MARYLAND 21231

## Assignment 12

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 041703/0536 | Dec 7, 2015 | Feb 1, 2017 | 6031 | 359 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE REMOVE PATENTS 8108266 AND 8062324 AND REPLACE THEM WITH
6108266 AND 8060324 PREVIOUSLY RECORDED ON REEL 037518 FRAME 0292. ASSIGNOR(S) HEREBY CONFIRMS THE
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS.

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A. | JOANNA MCCALL |
| | 1025 VERMONT AVE NW, SUITE 1130 |
| | NATIONAL CORPORATE RESEARCH, LTD |
| | WASHINGTON, DC 20005 |

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 11

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037518/0292 | Dec 7, 2015 | Jan 13, 2016 | 6031 | 358 |

Conveyance
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS

Assignors
CITIBANK, N.A.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 10

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037486/0517 | Dec 7, 2015 | Jan 12, 2016 | 6067 | 404 |

Conveyance
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS

Assignors
CITIBANK, N.A.

Correspondent
DARLENA BARI STARK
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 9

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0688 | Dec 7, 2015 | Dec 21, 2015 | 201 | 16 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037356/0143 | Dec 7, 2015 | Dec 21, 2015 | 5669 | 323 |

Conveyance
PATENT RELEASE

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A., AS COLLATERAL AGENT | IP RESEARCH PLUS, INC.<br>21 TADCASTER CIRCLE<br>ATTN: PENELOPE J.A. AGODOA<br>WALDORF, MD 20602 |

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037356/0553 | Dec 7, 2015 | Dec 21, 2015 | 5722 | 306 |

Conveyance
PATENT RELEASE

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A., AS COLLATERAL AGENT | IP RESEARCH PLUS, INC.<br>21 TADCASTER CIRCLE<br>ATTN: PENELOPE J.A. AGODOA<br>WALDORF, MD 20602 |

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031591/0266 | Nov 1, 2013 | Nov 6, 2013 | 6045 | 372 |

Conveyance
SECURITY AGREEMENT

| Assignors | Correspondent |
|---|---|
| FREESCALE SEMICONDUCTOR, INC. | IP RESEARCH PLUS, INC.<br>21 TADCASTER CIRCLE<br>ATTN: PENELOPE J.A. AGODOA<br>WALDORF, MD 20602 |

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030633/0424 | May 21, 2013 | Jun 18, 2013 | 6079 | 419 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024397/0001 | Apr 13, 2010 | May 13, 2010 | 5723 | 319 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS COLLATERAL AGENT
388 GREENWICH STREET
NEW YORK, NEW YORK 10013

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024085/0001 | Feb 19, 2010 | Mar 15, 2010 | 1262 | 338 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 021194/0593 | Apr 25, 2008 | Jul 7, 2008 | 201 | 15 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 020720/0524 | Mar 27, 2008 | Mar 28, 2008 | 1 | 5 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| EHRLICH, ROBERT | HAMILTON & TERRILE, LLP |
| MURDOCK, BRETT W. | P.O. BOX 203518 |
| SHAW, CRAIG D. | AUSTIN, TX 78720 |

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

**uspto**  UNITED STATES
PATENT AND TRADEMARK OFFICE

# Assignment abstract of title for Application 12787457

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| METHOD FOR SUPPLYING AN OUTPUT SUPPLY VOLTAGE TO A POWER GATED CIRCUIT AND AN INTEGRATED CIRCUIT | 8081026 Dec 20, 2011 | 20110291740 Dec 1, 2011 | 12787457 May 26, 2010 | | |
| Sergey Sofer, Eyal Melamed-Kohen, Valery Neiman | | | | | |

## Assignments (23 total)

### Assignment 23

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 042610/0451 | May 2, 2017 | May 29, 2017 | 56 | 12 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
ERIC R. SCHEUERLEIN
626 JEFFERSON AVENUE, SUITE 7
REDWOOD CITY, CA 94063

Assignee
NXP USA, INC. F/K/A FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

### Assignment 22

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 042374/0001 | Apr 12, 2017 | Apr 29, 2017 | 36 | 25 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
NXP USA, INC.

Correspondent
ERIC R. SCHEUERLEIN
626 JEFFERSON AVENUE, SUITE 7
REDWOOD CITY, CA 94063

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
WILMINGTON, DELAWARE 19801

### Assignment 21

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 041260/0850 | Nov 7, 2016 | Jan 5, 2017 | 1095 | 35 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE NATURE OF CONVEYANCE PREVIOUSLY RECORDED AT REEL: 040652
FRAME: 0241. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER AND CHANGE OF NAME.

| Assignors | Correspondent |
|---|---|
| FREESCALE SEMICONDUCTOR, INC. | NXP USA, INC. |
| | 6501 WILLIAM CANNON DRIVE WEST |
| | AUSTIN, TX 78735 |

Assignee
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

### Assignment 20

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040652/0241 | Nov 7, 2016 | Nov 8, 2016 | 1095 | 34 |

Conveyance
MERGER (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| FREESCALE SEMICONDUCTOR, INC. | NXP USA, INC. |
| | 6501 WILLIAM CANNON DRIVE WEST |
| | AUSTIN, TX 78735 |

Assignee
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

### Assignment 19

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040925/0001 | Sep 12, 2016 | Sep 21, 2016 | 7471 | 511 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | JOANNA MCCALL |
| | 1025 VERMONT AVENUE NW, SUITE 1130 |
| | NATIONAL CORPORATE RESEARCH, LTD. |
| | WASHINGTON, DC 20005 |

Assignee
NXP, B.V., F/K/A FREESCALE SEMICONDUCTOR, INC.
5656 AG
HIGH TECH CAMPUS 60
EINDHOVEN
NETHERLANDS

## Assignment 18

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040928/0001 | Jun 22, 2016 | Nov 7, 2016 | 7471 | 511 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | STEWART WALSH |
| | 1025 VERMONT AVENUE NW, SUITE 1130 |
| | NATIONAL CORPORATE RESEARCH, LTD. |
| | WASHINGTON, DC 20005 |

Assignee
NXP B.V.
5656 AG HIGH TECH CAMPUS 60
EINDHOVEN
NETHERLANDS

## Assignment 17

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039138/0001 | May 25, 2016 | Jun 16, 2016 | 5800 | 501 |

Conveyance
SUPPLEMENT TO THE SECURITY AGREEMENT

| Assignors | Correspondent |
|---|---|
| FREESCALE SEMICONDUCTOR, INC. | DARLENA BARI STARK |
| | 1025 VERMONT AVE NW, SUITE 1130 |
| | NATIONAL CORPORATE RESEARCH, LTD. |
| | WASHINGTON, DC 20005 |

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
THAMES STREET WHARF
BALTIMORE, MARYLAND 21231

## Assignment 16

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 042762/0145 | Feb 18, 2016 | May 9, 2017 | 7300 | 386 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE REMOVE APPLICATION 12681366 PREVIOUSLY RECORDED ON REEL
039361 FRAME 0212. ASSIGNOR(S) HEREBY CONFIRMS THE SECURITY AGREEMENT SUPPLEMENT.

| Assignors | Correspondent |
|---|---|
| NXP B.V. | JOANNA MCCALL |
| | 1025 VERMONT AVE NW, SUITE 1130 |
| | COGENCY GLOBAL INC. |
| | WASHINGTON, DC 20005 |

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

### Assignment 15

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 042985/0001 | Feb 18, 2016 | May 9, 2017 | 7300 | 386 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE REMOVE APPLICATION 12681366 PREVIOUSLY RECORDED ON REEL
038017 FRAME 0058. ASSIGNOR(S) HEREBY CONFIRMS THE SECURITY AGREEMENT SUPPLEMENT.

Assignors
NXP B.V.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
COGENCY GLOBAL INC.
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

### Assignment 14

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039361/0212 | Feb 18, 2016 | Jul 14, 2016 | 7300 | 386 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE REMOVE APPLICATION 12092129 PREVIOUSLY RECORDED ON REEL
038017 FRAME 0058. ASSIGNOR(S) HEREBY CONFIRMS THE SECURITY AGREEMENT SUPPLEMENT.

Assignors
NXP B.V.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

### Assignment 13

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 038017/0058 | Feb 18, 2016 | Mar 7, 2016 | 7300 | 385 |

Conveyance
SECURITY AGREEMENT SUPPLEMENT

Assignors
NXP B.V.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 12

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037357/0285 | Dec 7, 2015 | Dec 21, 2015 | 606 | 45 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 11

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037357/0334 | Dec 7, 2015 | Dec 21, 2015 | 606 | 45 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 10

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037357/0387 | Dec 7, 2015 | Dec 21, 2015 | 606 | 37 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 9

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 041703/0536 | Dec 7, 2015 | Feb 1, 2017 | 6031 | 359 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE REMOVE PATENTS 8108266 AND 8062324 AND REPLACE THEM WITH 6108266 AND 8060324 PREVIOUSLY RECORDED ON REEL 037518 FRAME 0292. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS.

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A. | JOANNA MCCALL |
| | 1025 VERMONT AVE NW, SUITE 1130 |
| | NATIONAL CORPORATE RESEARCH, LTD |
| | WASHINGTON, DC 20005 |

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037518/0292 | Dec 7, 2015 | Jan 13, 2016 | 6031 | 358 |

Conveyance
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A. | JOANNA MCCALL |
| | 1025 VERMONT AVE NW, SUITE 1130 |
| | NATIONAL CORPORATE RESEARCH, LTD |
| | WASHINGTON, DC 20005 |

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037486/0517 | Dec 7, 2015 | Jan 12, 2016 | 6067 | 404 |

Conveyance
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A. | DARLENA BARI STARK |
| | 1025 VERMONT AVE NW, SUITE 1130 |
| | NATIONAL CORPORATE RESEARCH, LTD. |
| | WASHINGTON, DC 20005 |

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031591/0266 | Nov 1, 2013 | Nov 6, 2013 | 6045 | 372 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030633/0424 | May 21, 2013 | Jun 18, 2013 | 6079 | 419 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 027622/0477 | Jan 16, 2012 | Jan 31, 2012 | 607 | 48 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 027621/0928 | Jan 16, 2012 | Jan 31, 2012 | 607 | 47 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 027622/0075 | Jan 16, 2012 | Jan 31, 2012 | 607 | 47 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024440/0861 | May 24, 2010 | May 26, 2010 | 1 | 6 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
SOFER, SERGEY
MELAMED-KOHEN, EYAL
NEIMAN, VALERY

Correspondent
RECHES PATENTS
NORTH UNION STREET , SUITE 100
ALEXANDRIA, VA 22314

Assignee
FREESCALE SEMICONDUCTOR INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

# Assignment abstract of title for Application 11078150

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| POWER OPTIMIZATION OF A MIXED-SIGNAL SYSTEM ON AN INTEGRATED CIRCUIT Marcus W. May, Matthew D. Felder | 7246027 Jul 17, 2007 | 20060217920 Sep 28, 2006 | 11078150 Mar 11, 2005 | | |

## Assignments (14 total)

### Assignment 14

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039490/0680 | Aug 16, 2016 | Aug 19, 2016 | 1 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
SIGMATEL, LLC

Correspondent
ERIC SCHEUERLEIN
THE MUELLER LAW OFFICE, P.C.
12707 HIGH BLUFF DRIVE, SUITE 200
SAN DIEGO, CA 92130

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
CORPORATION TRUST CENTER
WILMINGTON, DELAWARE 19801

### Assignment 13

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039428/0845 | Jul 12, 2016 | Jul 22, 2016 | 26 | 7 |

Conveyance
PATENT RELEASE

Assignors
MORGAN STANLEY SENIOR FUNDING, INC., AS GLOBAL COLLATERAL AGENT
MORGAN STANLEY SENIOR FUNDING, INC., AS RCF ADMINISTRATIVE AGENT
MORGAN STANLEY SENIOR FUNDING, INC., AS THE NOTES COLLATERAL AGENT

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

## Assignment 12

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039723/0777 | Dec 7, 2015 | Aug 15, 2016 | 246 | 28 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE NAME PREVIOUSLY RECORDED AT REEL: 037354 FRAME: 0773.
ASSIGNOR(S) HEREBY CONFIRMS THE PATENT RELEASE.

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
ERIC SCHEUERLEIN
THE MUELLER LAW OFFICE, P.C.
12707 HIGH BLUFF DRIVE, SUITE 200
SAN DIEGO, CA 92130

Assignee
SIGMATEL, LLC
1601 S. MOPAC EXPRESSWAY, SUITE 1OO
AUSTIN, TEXAS 78735

## Assignment 11

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039682/0358 | Dec 7, 2015 | Aug 15, 2016 | 1 | 24 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE NAME PREVIOUSLY RECORDED AT REEL: 037355 FRAME: 0838.
ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT.

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
ERIC SCHEUERLEIN
THE MUELLER LAW OFFICE, P.C.
12707 HIGH BLUFF DRIVE, SUITE 200
SAN DIEGO, CA 92130

Assignee
SIGMATEL, LLC
1601 S. MOPAC EXPRESSWAY, SUITE 1OO
AUSTIN, TEXAS 78735

## Assignment 10

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0734 | Dec 7, 2015 | Dec 21, 2015 | 278 | 18 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
SIGMATEL, INC.
1601 S. MOPAC EXPRESSWAY, SUITE 100
AUSTIN, TEXAS 78735

## Assignment 9

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0773 | Dec 7, 2015 | Dec 21, 2015 | 246 | 20 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
SIGMATEL, INC.
1601 S. MOPAC EXPRESSWAY, SUITE 100
AUSTIN, TEXAS 78735

## Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037355/0838 | Dec 7, 2015 | Dec 21, 2015 | 246 | 22 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
SIGMATEL, INC.
1601 S. MOPAC EXPRESSWAY, SUITE 100
AUSTIN, TEXAS 78735

## Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031626/0218 | Nov 1, 2013 | Nov 12, 2013 | 174 | 19 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, LLC

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030628/0636 | May 21, 2013 | Jun 17, 2013 | 229 | 23 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, LLC

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024358/0439 | Apr 13, 2010 | May 10, 2010 | 246 | 24 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, LLC

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
388 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024079/0406 | Feb 19, 2010 | Mar 16, 2010 | 246 | 26 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, LLC

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039671/0293 | Dec 31, 2008 | Aug 12, 2016 | 1 | 5 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

Assignors
SIGMATEL, INC.

Correspondent
ERIC SCHEUERLEIN
THE MUELLER LAW OFFICE, P.C.
12707 HIGH BLUFF DRIVE, SUITE 200
SAN DIEGO, CA 92130

Assignee
SIGMATEL, LLC
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON, DELAWARE 19808

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 021212/0372 | Jun 5, 2008 | Jul 9, 2008 | 278 | 26 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 016380/0256 | Mar 9, 2005 | Mar 11, 2005 | 1 | 3 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
MAY, MARCUS W.
FELDER, MATTHEW D.

Correspondent
KEVIN L. SMITH
P.O. BOX 160727
AUSTIN, TX 78716

Assignee
SIGMATEL, INC., A DELAWARE CORPORATION
1601 S. MOPAC BLVD., SUITE 100
AUSTIN, TEXAS 78746



**UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

# Assignment abstract of title for Application 09716731

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| METHOD AND APPARATUS FOR ENABLING A STAND ALONE INTEGRATED CIRCUIT | 6633187 Oct 14, 2003 | | 09716731 Nov 20, 2000 | | |
| Michael R. May, Marcus W. May | | | | | |

# Assignments (15 total)

## Assignment 15

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048387/0771 | Feb 11, 2019 | Feb 20, 2019 | 18 | 6 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | DAYLIGHT LAW P.C. 626 JEFFERSON AVENUE, STE. 7 REDWOOD CITY, CA 94063 |

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

## Assignment 14

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048349/0225 | Dec 22, 2018 | Feb 15, 2019 | 1 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| NXP USA, INC. | DAYLIGHT LAW P.C. 626 JEFFERSON AVENUE, STE. 7 REDWOOD CITY, CA 94063 |

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
WILMINGTON, DELAWARE 19801

## Assignment 13

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043328/0351 | Jul 18, 2017 | Jul 26, 2017 | 93 | 7 |

Conveyance
MERGER (SEE DOCUMENT FOR DETAILS).

Assignors
SIGMATEL, LLC

Correspondent
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TX 78735

Assignee
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 12

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039723/0777 | Dec 7, 2015 | Aug 15, 2016 | 246 | 28 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE NAME PREVIOUSLY RECORDED AT REEL: 037354 FRAME: 0773.
ASSIGNOR(S) HEREBY CONFIRMS THE PATENT RELEASE.

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
ERIC SCHEUERLEIN
THE MUELLER LAW OFFICE, P.C.
12707 HIGH BLUFF DRIVE, SUITE 200
SAN DIEGO, CA 92130

Assignee
SIGMATEL, LLC
1601 S. MOPAC EXPRESSWAY, SUITE 1OO
AUSTIN, TEXAS 78735

## Assignment 11

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0734 | Dec 7, 2015 | Dec 21, 2015 | 278 | 18 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
SIGMATEL, INC.
1601 S. MOPAC EXPRESSWAY, SUITE 100
AUSTIN, TEXAS 78735

## Assignment 10

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0773 | Dec 7, 2015 | Dec 21, 2015 | 246 | 20 |

Conveyance
PATENT RELEASE

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A., AS COLLATERAL AGENT | IP RESEARCH PLUS, INC. |
| | 21 TADCASTER CIRCLE |
| | ATTN: PENELOPE J.A. AGODOA |
| | WALDORF, MD 20602 |

Assignee
SIGMATEL, INC.
1601 S. MOPAC EXPRESSWAY, SUITE 100
AUSTIN, TEXAS 78735

## Assignment 9

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037355/0838 | Dec 7, 2015 | Dec 21, 2015 | 246 | 22 |

Conveyance
PATENT RELEASE

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A., AS COLLATERAL AGENT | IP RESEARCH PLUS, INC. |
| | 21 TADCASTER CIRCLE |
| | ATTN: PENELOPE J.A. AGODOA |
| | WALDORF, MD 20602 |

Assignee
SIGMATEL, INC.
1601 S. MOPAC EXPRESSWAY, SUITE 100
AUSTIN, TEXAS 78735

## Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031626/0218 | Nov 1, 2013 | Nov 12, 2013 | 174 | 19 |

Conveyance
SECURITY AGREEMENT

| Assignors | Correspondent |
|---|---|
| SIGMATEL, LLC | IP RESEARCH PLUS, INC. |
| | 21 TADCASTER CIRCLE |
| | ATTN: PENELOPE J.A. AGODOA |
| | WALDORF, MD 20602 |

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030628/0636 | May 21, 2013 | Jun 17, 2013 | 229 | 23 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, LLC

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024358/0439 | Apr 13, 2010 | May 10, 2010 | 246 | 24 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, LLC

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
388 GREENWICH STREET
NEW YORK, NEW YORK 10013

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024079/0406 | Feb 19, 2010 | Mar 16, 2010 | 246 | 26 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, LLC

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043735/0306 | Jan 1, 2009 | Aug 31, 2017 | 92 | 8 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

Assignors
SIGMATEL, INC.

Correspondent
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TX 78735

Assignee
SIGMATEL, LLC
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DELAWARE 19808

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 021212/0372 | Jun 5, 2008 | Jul 9, 2008 | 278 | 26 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 015074/0385 | Mar 6, 2003 | Mar 8, 2004 | 41 | 12 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, INC.

Correspondent
SILICON VALLEY BANK
LOAN DOCUMENTATION HA155
3003 TASMAN DR.
SANTA CLARA, CA 95054

Assignee
SILICON VALLEY BANK
LOAN DOCUMENTATION HA155
3003 TASMAN DR.
SANTA CLARA, CALIFORNIA 95054

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 011337/0038 | Nov 13, 2000 | Nov 20, 2000 | 1 | 2 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
MAY, MICHAEL R.
MAY, MARCUS W.

Correspondent
SIGMATEL, INC.
TIM MARKISON
2700 VIA FORTUNA, SUITE 500
AUSTIN, TEXAS 78746

Assignee
SIGMATEL, INC.
2700 VIA FORTUNA, SUITE 500
AUSTIN, TEXAS 78746

**uspto** UNITED STATES
PATENT AND TRADEMARK OFFICE

# Assignment abstract of title for Application 10571636

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| POWER SAVING OPERATION OF AN APPARATUS WITH A CACHE MEMORY Gerardus Wilhelmus Theodorus Van Der Heijden | 7523331 Apr 21, 2009 | 20070055901 Mar 8, 2007 | 10571636 Mar 13, 2006 | | |

## Assignments (7 total)

### Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040022/0638 | Aug 16, 2016 | Sep 13, 2016 | 6 | 7 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE SIGNATURE PAGE PREVIOUSLY RECORDED AT REEL: 039490 FRAME: 0688. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT .

Assignors
NXP B.V.

Correspondent
ERIC SCHEUERLEIN
THE MUELLER LAW OFFICE, P.C.
12707 HIGH BLUFF DRIVE, SUITE 200
SAN DIEGO, CA 92130

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
CORPORATION TRUST CENTER
WILMINGTON, DELAWARE 19801

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039490/0688 | Aug 16, 2016 | Aug 19, 2016 | 6 | 5 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
NXP B.V.

Correspondent
ERIC SCHEUERLEIN
THE MUELLER LAW OFFICE, P.C.
12707 HIGH BLUFF DRIVE, SUITE 200
SAN DIEGO, CA 92130

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
CORPORATION TRUST CENTER
WILMINGTON, DELAWARE 19801

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039428/0845 | Jul 12, 2016 | Jul 22, 2016 | 26 | 7 |

Conveyance
PATENT RELEASE

| Assignors | Correspondent |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC., AS GLOBAL COLLATERAL AGENT<br>MORGAN STANLEY SENIOR FUNDING, INC., AS RCF ADMINISTRATIVE AGENT<br>MORGAN STANLEY SENIOR FUNDING, INC., AS THE NOTES COLLATERAL AGENT | JOANNA MCCALL<br>1025 VERMONT AVE NW, SUITE 1130<br>NATIONAL CORPORATE RESEARCH, LTD<br>WASHINGTON, DC 20005 |

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 035086/0391 | Mar 3, 2015 | Mar 4, 2015 | 9 | 6 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| BREAKWATERS INNOVATIONS LLC | DAVID L. SCHAEFFER<br>411 EAST PLUMERIA DRIVE, MS41<br>NXP SEMICONDUCTORS, IP&L<br>SAN JOSE, CA 95134 |

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 032642/0564 | Dec 15, 2013 | Apr 9, 2014 | 85 | 11 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| NXP B.V. | MARC SCHUYLER<br>PO BOX 2535<br>SARATOGA, CA 95070 |

Assignee
BREAKWATERS INNOVATIONS LLC
951 EAST BYRD ST., 8TH FLOOR
LECLAIR RYAN, RIVERFRONT PLAZA, EAST TOWER
RICHMOND, VA 23219, VIRGINIA 23219

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 022856/0807 | May 27, 2009 | Jun 24, 2009 | 74 | 9 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
KONINKLIJKE PHILIPS ELECTRONICS N.V.

Correspondent
CPA GLOBAL
LIBERATION HOUSE
CASTLE STREET
ST. HELIER, JE1 1BL JERSEY

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
5656 AG EINDHOVEN
NETHERLANDS

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 017693/0937 | Apr 7, 2005 | Mar 14, 2006 | 1 | 2 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
VAN DER HEIJDEN, GERARDUS WILHELMUS THEODORUS

Correspondent
PHILIPS ELECTRONICS NORTH AMERICA CORP.
P.O. BOX 3001
345 SCARBOROUGH ROAD
BRIARCLIFF MANOR, NY 10510-8001

Assignee
KONINKLIJKE PHILIPS ELECTRONICS, N.V.
GROENEWOUDSEWEG 1
EINDHOVEN 5621 BA
NETHERLANDS



# UNITED STATES
# PATENT AND TRADEMARK OFFICE

## Assignment abstract of title for Application 12360656

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| VOLTAGE-BASED MEMORY SIZE SCALING IN A DATA PROCESSING SYSTEM Shayan Zhang, James D. Burnett, Prashant U. Kenkare, Hema Ramamurthy, Andrew C. Russell, Michael D. Snyder | 8156357 Apr 10, 2012 | 20100191990 Jul 29, 2010 | 12360656 Jan 27, 2009 | | |

## Assignments (16 total)

### Assignment 16

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048734/0001 | Feb 17, 2019 | Feb 20, 2019 | 6031 | 527 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE TO CORRECT THE APPLICATION NO. FROM 13,883,290 TO 13,833,290 PREVIOUSLY RECORDED ON REEL 041703 FRAME 0536. ASSIGNOR(S) HEREBY CONFIRMS THE THE ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS..

| Assignors | Correspondent |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | LENA LAM JINSONG MANSION,TERRA INDUSTRIAL & TRADE PARK SHENZHEN, 518000 CHINA |

Assignee
SHENZHEN XINGUODU TECHNOLOGY CO., LTD.
17TH FLOOR, JINSONG MANSION,TERRA INDUSTRIAL & TRADE PARK, FUTIAN
SHENZHEN
CHINA

### Assignment 15

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048387/0771 | Feb 11, 2019 | Feb 20, 2019 | 18 | 6 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
DAYLIGHT LAW P.C.
626 JEFFERSON AVENUE, STE. 7
REDWOOD CITY, CA 94063

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

## Assignment 14

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048389/0080 | Dec 22, 2018 | Feb 20, 2019 | 1 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
NXP USA, INC.

Correspondent
DAYLIGHT LAW P.C.
626 JEFFERSON AVENUE, STE. 7
REDWOOD CITY, CA 94063

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
WILMINGTON, DELAWARE 19801

## Assignment 13

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 041260/0850 | Nov 7, 2016 | Jan 5, 2017 | 1095 | 35 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE NATURE OF CONVEYANCE PREVIOUSLY RECORDED AT REEL: 040652 FRAME: 0241. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER AND CHANGE OF NAME.

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TX 78735

Assignee
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 12

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040652/0241 | Nov 7, 2016 | Nov 8, 2016 | 1095 | 34 |

Conveyance
MERGER (SEE DOCUMENT FOR DETAILS).

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TX 78735

Assignee
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 11

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040925/0001 | Sep 12, 2016 | Sep 21, 2016 | 7471 | 511 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
JOANNA MCCALL
1025 VERMONT AVENUE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
NXP, B.V., F/K/A FREESCALE SEMICONDUCTOR, INC.
5656 AG
HIGH TECH CAMPUS 60
EINDHOVEN
NETHERLANDS

## Assignment 10

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040928/0001 | Jun 22, 2016 | Nov 7, 2016 | 7471 | 511 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
STEWART WALSH
1025 VERMONT AVENUE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
NXP B.V.
5656 AG HIGH TECH CAMPUS 60
EINDHOVEN
NETHERLANDS

## Assignment 9

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039138/0001 | May 25, 2016 | Jun 16, 2016 | 5800 | 501 |

Conveyance
SUPPLEMENT TO THE SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
DARLENA BARI STARK
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
THAMES STREET WHARF
BALTIMORE, MARYLAND 21231

## Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0793 | Dec 7, 2015 | Dec 21, 2015 | 196 | 14 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 041703/0536 | Dec 7, 2015 | Feb 1, 2017 | 6031 | 359 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE REMOVE PATENTS 8108266 AND 8062324 AND REPLACE THEM WITH
6108266 AND 8060324 PREVIOUSLY RECORDED ON REEL 037518 FRAME 0292. ASSIGNOR(S) HEREBY CONFIRMS THE
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS.

Assignors
CITIBANK, N.A.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037518/0292 | Dec 7, 2015 | Jan 13, 2016 | 6031 | 358 |

Conveyance
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS

Assignors
CITIBANK, N.A.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037486/0517 | Dec 7, 2015 | Jan 12, 2016 | 6067 | 404 |

Conveyance
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS

Assignors
CITIBANK, N.A.

Correspondent
DARLENA BARI STARK
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031591/0266 | Nov 1, 2013 | Nov 6, 2013 | 6045 | 372 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030633/0424 | May 21, 2013 | Jun 18, 2013 | 6079 | 419 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|------------|----------------|---------------|------------|-------|
| 022703/0405 | Apr 28, 2009 | May 19, 2009 | 196 | 15 |

Conveyance
SECURITY AGREEMENT

| Assignors | Correspondent |
|-----------|---------------|
| FREESCALE SEMICONDUCTOR, INC. | IP RESEARCH PLUS, INC. |
| | 21 TADCASTER CIRCLE |
| | ATTN: PENELOPE J.A. AGODOA |
| | WALDORF, MD 20602 |

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|------------|----------------|---------------|------------|-------|
| 022164/0729 | Jan 23, 2009 | Jan 27, 2009 | 1 | 6 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|-----------|---------------|
| ZHANG, SHAYAN | PAT THOMAS |
| BURNETT, JAMES D. | 7700 WESR PARMER LANE |
| KENKARE, PRASHANT U. | TX32/PL02 |
| RAMAMURTHY, HEMA | AUSTIN, TX 78729 |
| RUSSELL, ANDREW C. | |
| SNYDER, MICHAEL D. | |

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
LAW DEPARTMENT
AUSTIN, TEXAS 78735



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

# Assignment abstract of title for Application 11468458

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| MINIMUM MEMORY OPERATING VOLTAGE TECHNIQUE Andrew C. Russell, David R. Bearden, Bradford L. Hunter, Shayan Zhang | 7523373 Apr 21, 2009 | 20080082873 Apr 3, 2008 | 11468458 Aug 30, 2006 | | |

## Assignments (21 total)

### Assignment 21

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048734/0001 | Feb 17, 2019 | Feb 20, 2019 | 6031 | 527 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE TO CORRECT THE APPLICATION NO. FROM 13,883,290 TO 13,833,290 PREVIOUSLY RECORDED ON REEL 041703 FRAME 0536. ASSIGNOR(S) HEREBY CONFIRMS THE THE ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS..

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
LENA LAM
JINSONG MANSION,TERRA INDUSTRIAL & TRADE PARK
SHENZHEN, 518000 CHINA

Assignee
SHENZHEN XINGUODU TECHNOLOGY CO., LTD.
17TH FLOOR, JINSONG MANSION,TERRA INDUSTRIAL & TRADE PARK, FUTIAN
SHENZHEN
CHINA

### Assignment 20

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048387/0771 | Feb 11, 2019 | Feb 20, 2019 | 18 | 6 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
DAYLIGHT LAW P.C.
626 JEFFERSON AVENUE, STE. 7
REDWOOD CITY, CA 94063

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

## Assignment 19

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048389/0056 | Feb 1, 2019 | Feb 20, 2019 | 1 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
NXP USA, INC.

Correspondent
DAYLIGHT LAW P.C.
626 JEFFERSON AVENUE, STE. 7
REDWOOD CITY, CA 94063

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
WILMINGTON, DELAWARE 19801

## Assignment 18

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 044209/0047 | Nov 7, 2016 | Sep 21, 2017 | 1087 | 69 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE NATURE OF CONVEYANCE PREVIOUSLY RECORDED AT REEL: 040632
FRAME: 0001. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER AND CHANGE OF NAME.

Assignors
FREESCALE SEMICONDUCTOR INC.

Correspondent
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TX 78735

Assignee
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 17

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040632/0001 | Nov 7, 2016 | Nov 8, 2016 | 1087 | 34 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
TX30/OE62
AUSTIN, TX 78735

Assignee
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 16

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040925/0001 | Sep 12, 2016 | Sep 21, 2016 | 7471 | 511 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
JOANNA MCCALL
1025 VERMONT AVENUE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
NXP, B.V., F/K/A FREESCALE SEMICONDUCTOR, INC.
5656 AG
HIGH TECH CAMPUS 60
EINDHOVEN
NETHERLANDS

## Assignment 15

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040928/0001 | Jun 22, 2016 | Nov 7, 2016 | 7471 | 511 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
STEWART WALSH
1025 VERMONT AVENUE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
NXP B.V.
5656 AG HIGH TECH CAMPUS 60
EINDHOVEN
NETHERLANDS

## Assignment 14

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039138/0001 | May 25, 2016 | Jun 16, 2016 | 5800 | 501 |

Conveyance
SUPPLEMENT TO THE SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
DARLENA BARI STARK
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
THAMES STREET WHARF
BALTIMORE, MARYLAND 21231

## Assignment 13

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0823 | Dec 7, 2015 | Dec 21, 2015 | 212 | 15 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 12

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0225 | Dec 7, 2015 | Dec 21, 2015 | 5510 | 373 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 11

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 041703/0536 | Dec 7, 2015 | Feb 1, 2017 | 6031 | 359 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE REMOVE PATENTS 8108266 AND 8062324 AND REPLACE THEM WITH
6108266 AND 8060324 PREVIOUSLY RECORDED ON REEL 037518 FRAME 0292. ASSIGNOR(S) HEREBY CONFIRMS THE
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS.

Assignors
CITIBANK, N.A.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 10

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037518/0292 | Dec 7, 2015 | Jan 13, 2016 | 6031 | 358 |

Conveyance
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS

Assignors
CITIBANK, N.A.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 9

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037486/0517 | Dec 7, 2015 | Jan 12, 2016 | 6067 | 404 |

Conveyance
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS

Assignors
CITIBANK, N.A.

Correspondent
DARLENA BARI STARK
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037356/0143 | Dec 7, 2015 | Dec 21, 2015 | 5669 | 323 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037356/0553 | Dec 7, 2015 | Dec 21, 2015 | 5722 | 306 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031591/0266 | Nov 1, 2013 | Nov 6, 2013 | 6045 | 372 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030633/0424 | May 21, 2013 | Jun 18, 2013 | 6079 | 419 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024397/0001 | Apr 13, 2010 | May 13, 2010 | 5723 | 319 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS COLLATERAL AGENT
388 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 023273/0099 | Aug 4, 2009 | Sep 23, 2009 | 212 | 15 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 018855/0129 | Dec 1, 2006 | Feb 2, 2007 | 5503 | 450 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.
FREESCALE ACQUISITION CORPORATION
FREESCALE ACQUISITION HOLDINGS CORP.
FREESCALE HOLDINGS (BERMUDA) III, LTD.

Correspondent
CBCINNOVIS DBA FEDERAL RESEARCH
1023 FIFTEENTH STREET, NW, STE 401
ATTN: OLEH HERELIUK
WASHINGTON, DC 20005

Assignee
CITIBANK, N.A. AS COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 018190/0264 | Aug 24, 2006 | Aug 30, 2006 | 1 | 10 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Case 6:19-cv-00254-ADA   Document 24-13   Filed 05/20/19   Page 44 of 77

Assignors
RUSSELL, ANDREW C.
BEARDEN, DAVID R.
ZHANG, SHAYAN
HUNTER, BRADFORD L.

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
LAW DEPARTMENT
AUSTIN, TEXAS 78735

Correspondent
FREESCALE SEMICONDUCTOR, INC.
7700 WEST PARMER LANE
MD: TX32/PL02
AUSTIN, TX 78729



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

# Assignment abstract of title for Application 11461200

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SRAM HAVING VARIABLE POWER SUPPLY AND METHOD THEREFOR Olga R. Lu, Lawrence F. Childs, Craig D. Gunderson | 7292485 Nov 6, 2007 | | 11461200 Jul 31, 2006 | | |

# Assignments (20 total)

### Assignment 20

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048387/0771 | Feb 11, 2019 | Feb 20, 2019 | 18 | 6 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | DAYLIGHT LAW P.C. 626 JEFFERSON AVENUE, STE. 7 REDWOOD CITY, CA 94063 |

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

### Assignment 19

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048349/0290 | Feb 1, 2019 | Feb 15, 2019 | 1 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| NXP USA, INC. | DAYLIGHT LAW P.C. 626 JEFFERSON AVENUE, STE. 7 REDWOOD CITY, CA 94063 |

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
WILMINGTON, DELAWARE 19801

## Assignment 18

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 044209/0047 | Nov 7, 2016 | Sep 21, 2017 | 1087 | 69 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE NATURE OF CONVEYANCE PREVIOUSLY RECORDED AT REEL: 040632
FRAME: 0001. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER AND CHANGE OF NAME.

Assignors
FREESCALE SEMICONDUCTOR INC.

Correspondent
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TX 78735

Assignee
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 17

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040632/0001 | Nov 7, 2016 | Nov 8, 2016 | 1087 | 34 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
TX30/OE62
AUSTIN, TX 78735

Assignee
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 16

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040925/0001 | Sep 12, 2016 | Sep 21, 2016 | 7471 | 511 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
JOANNA MCCALL
1025 VERMONT AVENUE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
NXP, B.V., F/K/A FREESCALE SEMICONDUCTOR, INC.
5656 AG
HIGH TECH CAMPUS 60
EINDHOVEN
NETHERLANDS

### Assignment 15

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040928/0001 | Jun 22, 2016 | Nov 7, 2016 | 7471 | 511 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
STEWART WALSH
1025 VERMONT AVENUE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
NXP B.V.
5656 AG HIGH TECH CAMPUS 60
EINDHOVEN
NETHERLANDS

### Assignment 14

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039138/0001 | May 25, 2016 | Jun 16, 2016 | 5800 | 501 |

Conveyance
SUPPLEMENT TO THE SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
DARLENA BARI STARK
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
THAMES STREET WHARF
BALTIMORE, MARYLAND 21231

### Assignment 13

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0670 | Dec 7, 2015 | Dec 21, 2015 | 187 | 13 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 12

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0225 | Dec 7, 2015 | Dec 21, 2015 | 5510 | 373 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 11

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 041703/0536 | Dec 7, 2015 | Feb 1, 2017 | 6031 | 359 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE REMOVE PATENTS 8108266 AND 8062324 AND REPLACE THEM WITH 6108266 AND 8060324 PREVIOUSLY RECORDED ON REEL 037518 FRAME 0292. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS.

Assignors
CITIBANK, N.A.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 10

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037518/0292 | Dec 7, 2015 | Jan 13, 2016 | 6031 | 358 |

Conveyance
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS

Assignors
CITIBANK, N.A.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 9

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037486/0517 | Dec 7, 2015 | Jan 12, 2016 | 6067 | 404 |

Conveyance
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A. | DARLENA BARI STARK |
| | 1025 VERMONT AVE NW, SUITE 1130 |
| | NATIONAL CORPORATE RESEARCH, LTD. |
| | WASHINGTON, DC 20005 |

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037356/0143 | Dec 7, 2015 | Dec 21, 2015 | 5669 | 323 |

Conveyance
PATENT RELEASE

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A., AS COLLATERAL AGENT | IP RESEARCH PLUS, INC. |
| | 21 TADCASTER CIRCLE |
| | ATTN: PENELOPE J.A. AGODOA |
| | WALDORF, MD 20602 |

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037356/0553 | Dec 7, 2015 | Dec 21, 2015 | 5722 | 306 |

Conveyance
PATENT RELEASE

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A., AS COLLATERAL AGENT | IP RESEARCH PLUS, INC. |
| | 21 TADCASTER CIRCLE |
| | ATTN: PENELOPE J.A. AGODOA |
| | WALDORF, MD 20602 |

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031591/0266 | Nov 1, 2013 | Nov 6, 2013 | 6045 | 372 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030633/0424 | May 21, 2013 | Jun 18, 2013 | 6079 | 419 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024397/0001 | Apr 13, 2010 | May 13, 2010 | 5723 | 319 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS COLLATERAL AGENT
388 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 021217/0368 | Mar 12, 2008 | Jul 11, 2008 | 187 | 15 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 018855/0129 | Dec 1, 2006 | Feb 2, 2007 | 5503 | 450 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.
FREESCALE ACQUISITION CORPORATION
FREESCALE ACQUISITION HOLDINGS CORP.
FREESCALE HOLDINGS (BERMUDA) III, LTD.

Correspondent
CBCINNOVIS DBA FEDERAL RESEARCH
1023 FIFTEENTH STREET, NW, STE 401
ATTN: OLEH HERELIUK
WASHINGTON, DC 20005

Assignee
CITIBANK, N.A. AS COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 018028/0445 | Jul 28, 2006 | Jul 31, 2006 | 1 | 5 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
LU, OLGA R.
CHILDS, LAWRENCE F.
GUNDERSON, CRAIG D.

Correspondent
FREESCALE SEMICONDUCTOR, INC.
7700 W. PARMER LANE
TX32/PL02
AUSTIN, TX 78729

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON WEST
LAW DEPT.
AUSTIN, TEXAS 78735



**UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

# Assignment abstract of title for Application 09716616

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| Method and apparatus for controlling power consumption of an integrated circuit | 6366522 Apr 2, 2002 | | 09716616 Nov 20, 2000 | | |
| Marcus W. May, Mulligan Daniel | | | | | |

## Assignments (15 total)

### Assignment 15

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048387/0771 | Feb 11, 2019 | Feb 20, 2019 | 18 | 6 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | DAYLIGHT LAW P.C. 626 JEFFERSON AVENUE, STE. 7 REDWOOD CITY, CA 94063 |

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

### Assignment 14

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048349/0119 | Dec 22, 2018 | Feb 15, 2019 | 1 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| NXP USA, INC. | DAYLIGHT LAW P.C. 626 JEFFERSON AVENUE, STE. 7 REDWOOD CITY, CA 94063 |

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
WILMINGTON, DELAWARE 19801

### Assignment 13

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043328/0351 | Jul 18, 2017 | Jul 26, 2017 | 93 | 7 |

Conveyance
MERGER (SEE DOCUMENT FOR DETAILS).

Assignors
SIGMATEL, LLC

Correspondent
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TX 78735

Assignee
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

### Assignment 12

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039723/0777 | Dec 7, 2015 | Aug 15, 2016 | 246 | 28 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE NAME PREVIOUSLY RECORDED AT REEL: 037354 FRAME: 0773.
ASSIGNOR(S) HEREBY CONFIRMS THE PATENT RELEASE.

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
ERIC SCHEUERLEIN
THE MUELLER LAW OFFICE, P.C.
12707 HIGH BLUFF DRIVE, SUITE 200
SAN DIEGO, CA 92130

Assignee
SIGMATEL, LLC
1601 S. MOPAC EXPRESSWAY, SUITE 1OO
AUSTIN, TEXAS 78735

### Assignment 11

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0734 | Dec 7, 2015 | Dec 21, 2015 | 278 | 18 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
SIGMATEL, INC.
1601 S. MOPAC EXPRESSWAY, SUITE 100
AUSTIN, TEXAS 78735

### Assignment 10

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0773 | Dec 7, 2015 | Dec 21, 2015 | 246 | 20 |

Conveyance
PATENT RELEASE

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A., AS COLLATERAL AGENT | IP RESEARCH PLUS, INC. |
| | 21 TADCASTER CIRCLE |
| | ATTN: PENELOPE J.A. AGODOA |
| | WALDORF, MD 20602 |

Assignee
SIGMATEL, INC.
1601 S. MOPAC EXPRESSWAY, SUITE 100
AUSTIN, TEXAS 78735

## Assignment 9

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037355/0838 | Dec 7, 2015 | Dec 21, 2015 | 246 | 22 |

Conveyance
PATENT RELEASE

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A., AS COLLATERAL AGENT | IP RESEARCH PLUS, INC. |
| | 21 TADCASTER CIRCLE |
| | ATTN: PENELOPE J.A. AGODOA |
| | WALDORF, MD 20602 |

Assignee
SIGMATEL, INC.
1601 S. MOPAC EXPRESSWAY, SUITE 100
AUSTIN, TEXAS 78735

## Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031626/0218 | Nov 1, 2013 | Nov 12, 2013 | 174 | 19 |

Conveyance
SECURITY AGREEMENT

| Assignors | Correspondent |
|---|---|
| SIGMATEL, LLC | IP RESEARCH PLUS, INC. |
| | 21 TADCASTER CIRCLE |
| | ATTN: PENELOPE J.A. AGODOA |
| | WALDORF, MD 20602 |

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030628/0636 | May 21, 2013 | Jun 17, 2013 | 229 | 23 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, LLC

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024358/0439 | Apr 13, 2010 | May 10, 2010 | 246 | 24 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, LLC

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
388 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024079/0406 | Feb 19, 2010 | Mar 16, 2010 | 246 | 26 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, LLC

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043735/0306 | Jan 1, 2009 | Aug 31, 2017 | 92 | 8 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

Assignors
SIGMATEL, INC.

Correspondent
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TX 78735

Assignee
SIGMATEL, LLC
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DELAWARE 19808

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 021212/0372 | Jun 5, 2008 | Jul 9, 2008 | 278 | 26 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 015074/0385 | Mar 6, 2003 | Mar 8, 2004 | 41 | 12 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, INC.

Correspondent
SILICON VALLEY BANK
LOAN DOCUMENTATION HA155
3003 TASMAN DR.
SANTA CLARA, CA 95054

Assignee
SILICON VALLEY BANK
LOAN DOCUMENTATION HA155
3003 TASMAN DR.
SANTA CLARA, CALIFORNIA 95054

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 011339/0990 | Nov 14, 2000 | Nov 20, 2000 | 1 | 2 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
MAY, MARCUS W.
MULLIGAN, DANIEL

Correspondent
SIGMATEL, INC.
TIM MARKISON
2700 VIA FORTUNA
SUITE 500
AUSTIN, TX 78746

Case 6:19-cv-00254-ADA   Document 24-13   Filed 05/20/19   Page 57 of 77

Assignee
SIGMATEL, INC.
2700 VIA FORTUNA, SUITE 500
AUSTIN, TEXAS 78746



United States Patent and Trademark Office

# Assignment abstract of title for Application 11033009

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| INTEGRATED CIRCUIT HAVING STRUCTURAL SUPPORT FOR A FLIP-CHIP INTERCONNECT PAD AND METHOD THEREFOR Scott K. Pozder, Kevin J. Hess, Pak K. Leung, Edward O. Travis, Brett P. Wilkerson, David G. Wontor, Jie-Hua Zhao | 7247552 Jul 24, 2007 | 20060154470 Jul 13, 2006 | 11033009 Jan 11, 2005 | | |

# Assignments (20 total)

## Assignment 20

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 042610/0451 | May 2, 2017 | May 29, 2017 | 56 | 12 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | ERIC R. SCHEUERLEIN 626 JEFFERSON AVENUE, SUITE 7 REDWOOD CITY, CA 94063 |

Assignee
NXP USA, INC. F/K/A FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 19

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040925/0001 | Sep 12, 2016 | Sep 21, 2016 | 7471 | 511 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | JOANNA MCCALL |
| | 1025 VERMONT AVENUE NW, SUITE 1130 |
| | NATIONAL CORPORATE RESEARCH, LTD. |
| | WASHINGTON, DC 20005 |

Assignee
NXP, B.V., F/K/A FREESCALE SEMICONDUCTOR, INC.
5656 AG
HIGH TECH CAMPUS 60
EINDHOVEN
NETHERLANDS

## Assignment 18

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040014/0173 | Aug 16, 2016 | Sep 13, 2016 | 22 | 8 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE SIGNATURE PAGE PREVIOUSLY RECORDED AT REEL: 039490 FRAME: 0701. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT .

| Assignors | Correspondent |
|---|---|
| FREESCALE SEMICONDUCTOR, INC. | ERIC SCHEUERLEIN |
| | THE MUELLER LAW OFFICE, P.C. |
| | 12707 HIGH BLUFF DRIVE, SUITE 200 |
| | SAN DIEGO, CA 92130 |

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
CORPORATION TRUST CENTER
WILMINGTON, DELAWARE 19801

## Assignment 17

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039490/0701 | Aug 16, 2016 | Aug 19, 2016 | 22 | 6 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| FREESCALE SEMICONDUCTOR, INC. | ERIC SCHEUERLEIN |
| | THE MUELLER LAW OFFICE, P.C. |
| | 12707 HIGH BLUFF DRIVE, SUITE 200 |
| | SAN DIEGO, CA 92130 |

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
CORPORATION TRUST CENTER
WILMINGTON, DELAWARE 19801

## Assignment 16

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039428/0845 | Jul 12, 2016 | Jul 22, 2016 | 26 | 7 |

Conveyance
PATENT RELEASE

Assignors
MORGAN STANLEY SENIOR FUNDING, INC., AS GLOBAL
COLLATERAL AGENT
MORGAN STANLEY SENIOR FUNDING, INC., AS RCF
ADMINISTRATIVE AGENT
MORGAN STANLEY SENIOR FUNDING, INC., AS THE
NOTES COLLATERAL AGENT

Correspondence
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

## Assignment 15

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040928/0001 | Jun 22, 2016 | Nov 7, 2016 | 7471 | 511 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
STEWART WALSH
1025 VERMONT AVENUE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
NXP B.V.
5656 AG HIGH TECH CAMPUS 60
EINDHOVEN
NETHERLANDS

## Assignment 14

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039138/0001 | May 25, 2016 | Jun 16, 2016 | 5800 | 501 |

Conveyance
SUPPLEMENT TO THE SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
DARLENA BARI STARK
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
THAMES STREET WHARF
BALTIMORE, MARYLAND 21231

## Assignment 13

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0704 | Dec 7, 2015 | Dec 21, 2015 | 207 | 15 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 12

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0225 | Dec 7, 2015 | Dec 21, 2015 | 5510 | 373 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 11

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 041703/0536 | Dec 7, 2015 | Feb 1, 2017 | 6031 | 359 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE REMOVE PATENTS 8108266 AND 8062324 AND REPLACE THEM WITH 6108266 AND 8060324 PREVIOUSLY RECORDED ON REEL 037518 FRAME 0292. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS.

Assignors
CITIBANK, N.A.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 10

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037518/0292 | Dec 7, 2015 | Jan 13, 2016 | 6031 | 358 |

Conveyance
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS

Assignors
CITIBANK, N.A.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 9

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037486/0517 | Dec 7, 2015 | Jan 12, 2016 | 6067 | 404 |

Conveyance
ASSIGNMENT AND ASSUMPTION OF SECURITY INTEREST IN PATENTS

Assignors
CITIBANK, N.A.

Correspondent
DARLENA BARI STARK
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD.
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037356/0143 | Dec 7, 2015 | Dec 21, 2015 | 5669 | 323 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037356/0553 | Dec 7, 2015 | Dec 21, 2015 | 5722 | 306 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031591/0266 | Nov 1, 2013 | Nov 6, 2013 | 6045 | 372 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030633/0424 | May 21, 2013 | Jun 18, 2013 | 6079 | 419 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024397/0001 | Apr 13, 2010 | May 13, 2010 | 5723 | 319 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS COLLATERAL AGENT
388 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 020518/0215 | Oct 25, 2007 | Feb 16, 2008 | 208 | 18 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH ST
NEW YORK, NEW YORK 10013

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 018855/0129 | Dec 1, 2006 | Feb 2, 2007 | 5503 | 450 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.
FREESCALE ACQUISITION CORPORATION
FREESCALE ACQUISITION HOLDINGS CORP.
FREESCALE HOLDINGS (BERMUDA) III, LTD.

Correspondent
CBCINNOVIS DBA FEDERAL RESEARCH
1023 FIFTEENTH STREET, NW, STE 401
ATTN: OLEH HERELIUK
WASHINGTON, DC 20005

Assignee
CITIBANK, N.A. AS COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 016165/0552 | Jan 10, 2005 | Jan 11, 2005 | 1 | 6 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
POZDER, SCOTT K.
HESS, KEVIN J.
LEUNG, PAK K.
TRAVIS, EDWARD O.
WILKERSON, BRETT P.
WONTOR, DAVID G.
ZHAO, JIE-HUA

Correspondent
FREESCALE SEMICONDUCTOR, INC.
ROBERT L. KING
7700 WEST PARMER LANE
AUSTIN, TX 78729

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735



**UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

# Assignment abstract of title for Application 09105285

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SECURE DATA COMMUNICATION OVER A MEMORY-MAPPED SERIAL COMMUNICATIONS INTERFACE UTILIZING A DISTRIBUTED FIREWALL PAUL S. LEVY, STEVE CORNELIUS | 6212633 Apr 3, 2001 | | 09105285 Jun 26, 1998 | | |

## Assignments (7 total)

### Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 044644/0207 | Dec 4, 2017 | Jan 17, 2018 | 13 | 10 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
NXP B.V.

Correspondent
DAYLIGHT LAW, P.C.
626 JEFFERSON AVENUE, SUITE 7
REDWOOD CITY, CA 94063

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
WILMINGTON, DELAWARE 19801

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 018645/0779 | Nov 30, 2006 | Dec 15, 2006 | 595 | 37 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
PHILIPS SEMICONDUCTORS INC.

Correspondent
ELIZABETH PARSONS
1825 EYE STREET, NW
WASHINGTON, DC 20006

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
5656 AG EINDHOVEN
NETHERLANDS

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043951/0611 | Sep 29, 2006 | Sep 22, 2017 | 406 | 13 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| PHILIPS SEMICONDUCTORS INTERNATIONAL B.V. | NXP B.V.<br>6501 WILLIAM CANNON DRIVE WEST<br>AUSTIN, TX 78735 |

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043951/0127 | Sep 28, 2006 | Sep 22, 2017 | 406 | 124 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. | NXP B.V.<br>6501 WILLIAM CANNON DRIVE WEST<br>AUSTIN, TX 78735 |

Assignee
PHILIPS SEMICONDUCTORS INTERNATIONAL B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 018668/0255 | Dec 20, 1999 | Dec 22, 2006 | 595 | 21 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| PHILIPS SEMICONDUCTORS VLSI INC. | ELIZABETH PARSONS<br>1825 EYE STREET, NW<br>WASHINGTON, DC 20006 |

Assignee
PHILIPS SEMICONDUCTORS INC.
1251 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 018635/0570 | Jul 2, 1999 | Dec 15, 2006 | 595 | 21 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

Assignors
VLSI TECHNOLOGY, INC.

Correspondent
ELIZABETH PARSONS
1825 EYE STREET, NW
WASHINGTON, DC 20006

Assignee
PHILIPS SEMICONDUCTORS VLSI INC.
1251 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 009294/0872 | Jun 25, 1998 | Jun 26, 1998 | 1 | 3 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
LEVY, PAUL S.
CORNELIUS, STEVE

Correspondent
WOOD, HERRON & EVANS, L.L.P.
SCOTT A. STINEBRUNER
2700 CAREW TOWER
441 VINE STREET
CINCINNATI, OH 45202

Assignee
VLSI TECHNOLOGY, INC.
1109 MCKAY DRIVE
SAN JOSE, CALIFORNIA 95131

**uspto**

**UNITED STATES
PATENT AND TRADEMARK OFFICE**

# Assignment abstract of title for Application 11170475

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SYSTEM AND METHOD OF MANAGING CLOCK SPEED IN AN ELECTRONIC DEVICE | 7725759 | 20070006006 | 11170475 | | |
| Matthew Henson | May 25, 2010 | Jan 4, 2007 | Jun 29, 2005 | | |

## Assignments (18 total)

### Assignment 18

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048387/0771 | Feb 11, 2019 | Feb 20, 2019 | 18 | 6 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
DAYLIGHT LAW P.C.
626 JEFFERSON AVENUE, STE. 7
REDWOOD CITY, CA 94063

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

### Assignment 17

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048349/0169 | Dec 22, 2018 | Feb 15, 2019 | 1 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
NXP USA, INC.

Correspondent
DAYLIGHT LAW P.C.
626 JEFFERSON AVENUE, STE. 7
REDWOOD CITY, CA 94063

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
WILMINGTON, DELAWARE 19801

### Assignment 16

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043328/0351 | Jul 18, 2017 | Jul 26, 2017 | 93 | 7 |

Conveyance
MERGER (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| SIGMATEL, LLC | NXP USA, INC. |
| | 6501 WILLIAM CANNON DRIVE WEST |
| | AUSTIN, TX 78735 |

Assignee
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 15

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039723/0777 | Dec 7, 2015 | Aug 15, 2016 | 246 | 28 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE NAME PREVIOUSLY RECORDED AT REEL: 037354 FRAME: 0773.
ASSIGNOR(S) HEREBY CONFIRMS THE PATENT RELEASE.

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A., AS COLLATERAL AGENT | ERIC SCHEUERLEIN |
| | THE MUELLER LAW OFFICE, P.C. |
| | 12707 HIGH BLUFF DRIVE, SUITE 200 |
| | SAN DIEGO, CA 92130 |

Assignee
SIGMATEL, LLC
1601 S. MOPAC EXPRESSWAY, SUITE 1OO
AUSTIN, TEXAS 78735

## Assignment 14

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0734 | Dec 7, 2015 | Dec 21, 2015 | 278 | 18 |

Conveyance
PATENT RELEASE

| Assignors | Correspondent |
|---|---|
| CITIBANK, N.A., AS COLLATERAL AGENT | IP RESEARCH PLUS, INC. |
| | 21 TADCASTER CIRCLE |
| | ATTN: PENELOPE J.A. AGODOA |
| | WALDORF, MD 20602 |

Assignee
SIGMATEL, INC.
1601 S. MOPAC EXPRESSWAY, SUITE 100
AUSTIN, TEXAS 78735

## Assignment 13

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037354/0773 | Dec 7, 2015 | Dec 21, 2015 | 246 | 20 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
SIGMATEL, INC.
1601 S. MOPAC EXPRESSWAY, SUITE 100
AUSTIN, TEXAS 78735

### Assignment 12

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037355/0838 | Dec 7, 2015 | Dec 21, 2015 | 246 | 22 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
SIGMATEL, INC.
1601 S. MOPAC EXPRESSWAY, SUITE 100
AUSTIN, TEXAS 78735

### Assignment 11

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037356/0143 | Dec 7, 2015 | Dec 21, 2015 | 5669 | 323 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

### Assignment 10

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037356/0553 | Dec 7, 2015 | Dec 21, 2015 | 5722 | 306 |

Conveyance
PATENT RELEASE

Assignors
CITIBANK, N.A., AS COLLATERAL AGENT

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
FREESCALE SEMICONDUCTOR, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TEXAS 78735

## Assignment 9

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031626/0218 | Nov 1, 2013 | Nov 12, 2013 | 174 | 19 |

Conveyance
SECURITY AGREEMENT

| Assignors | Correspondent |
|---|---|
| SIGMATEL, LLC | IP RESEARCH PLUS, INC.<br>21 TADCASTER CIRCLE<br>ATTN: PENELOPE J.A. AGODOA<br>WALDORF, MD 20602 |

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030628/0636 | May 21, 2013 | Jun 17, 2013 | 229 | 23 |

Conveyance
SECURITY AGREEMENT

| Assignors | Correspondent |
|---|---|
| SIGMATEL, LLC | IP RESEARCH PLUS, INC.<br>21 TADCASTER CIRCLE<br>ATTN: PENELOPE J.A. AGODOA<br>WALDORF, MD 20602 |

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024358/0439 | Apr 13, 2010 | May 10, 2010 | 246 | 24 |

Conveyance
SECURITY AGREEMENT

| Assignors | Correspondent |
|---|---|
| SIGMATEL, LLC | IP RESEARCH PLUS, INC.<br>21 TADCASTER CIRCLE<br>ATTN: PENELOPE J.A. AGODOA<br>WALDORF, MD 20602 |

Assignee
CITIBANK, N.A., AS NOTES COLLATERAL AGENT
388 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024397/0001 | Apr 13, 2010 | May 13, 2010 | 5723 | 319 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A., AS COLLATERAL AGENT
388 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024079/0406 | Feb 19, 2010 | Mar 16, 2010 | 246 | 26 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, LLC

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 024085/0001 | Feb 19, 2010 | Mar 15, 2010 | 1262 | 338 |

Conveyance
SECURITY AGREEMENT

Assignors
FREESCALE SEMICONDUCTOR, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043735/0306 | Jan 1, 2009 | Aug 31, 2017 | 92 | 8 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

Assignors
SIGMATEL, INC.

Correspondent
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TX 78735

Assignee
SIGMATEL, LLC
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DELAWARE 19808

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 021212/0372 | Jun 5, 2008 | Jul 9, 2008 | 278 | 26 |

Conveyance
SECURITY AGREEMENT

Assignors
SIGMATEL, INC.

Correspondent
IP RESEARCH PLUS, INC.
21 TADCASTER CIRCLE
ATTN: PENELOPE J.A. AGODOA
WALDORF, MD 20602

Assignee
CITIBANK, N.A.
390 GREENWICH STREET
NEW YORK, NEW YORK 10013

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 016742/0522 | Jun 27, 2005 | Jun 29, 2005 | 1 | 3 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
HENSON, MATTHEW

Correspondent
JEFFREY G. TOLER
5000 PLAZA ON THE LAKE
SUITE 265
AUSTIN, TX 78746

Assignee
SIGMATEL, INC.
1601 S. MOPAC
AUSTIN, TEXAS 78746



# Assignment abstract of title for Application 10873894

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SEQUENTIAL ORDERING OF TRANSACTIONS IN DIGITAL SYSTEMS WITH MULTIPLE REQUESTORS Kevin Locker | 7606983 Oct 20, 2009 | 20060047773 Mar 2, 2006 | 10873894 Jun 21, 2004 | | |

# Assignments (10 total)

## Assignment 10

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048387/0771 | Feb 11, 2019 | Feb 20, 2019 | 18 | 6 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
MORGAN STANLEY SENIOR FUNDING, INC.

Correspondent
DAYLIGHT LAW P.C.
626 JEFFERSON AVENUE, STE. 7
REDWOOD CITY, CA 94063

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

## Assignment 9

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048349/0250 | Feb 1, 2019 | Feb 15, 2019 | 1 | 3 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
NXP B.V.

Correspondent
DAYLIGHT LAW P.C.
626 JEFFERSON AVENUE, STE. 7
REDWOOD CITY, CA 94063

Assignee
VLSI TECHNOLOGY LLC
1209 ORANGE STREET
WILMINGTON, DELAWARE 19801

## Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 042762/0145 | Feb 18, 2016 | May 9, 2017 | 7300 | 386 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE REMOVE APPLICATION 12681366 PREVIOUSLY RECORDED ON REEL
039361 FRAME 0212. ASSIGNOR(S) HEREBY CONFIRMS THE SECURITY AGREEMENT SUPPLEMENT.

Assignors
NXP B.V.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
COGENCY GLOBAL INC.
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 042985/0001 | Feb 18, 2016 | May 9, 2017 | 7300 | 386 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE REMOVE APPLICATION 12681366 PREVIOUSLY RECORDED ON REEL
038017 FRAME 0058. ASSIGNOR(S) HEREBY CONFIRMS THE SECURITY AGREEMENT SUPPLEMENT.

Assignors
NXP B.V.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
COGENCY GLOBAL INC.
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039361/0212 | Feb 18, 2016 | Jul 14, 2016 | 7300 | 386 |

Conveyance
CORRECTIVE ASSIGNMENT TO CORRECT THE REMOVE APPLICATION 12092129 PREVIOUSLY RECORDED ON REEL
038017 FRAME 0058. ASSIGNOR(S) HEREBY CONFIRMS THE SECURITY AGREEMENT SUPPLEMENT.

Assignors
NXP B.V.

Correspondent
JOANNA MCCALL
1025 VERMONT AVE NW, SUITE 1130
NATIONAL CORPORATE RESEARCH, LTD
WASHINGTON, DC 20005

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 038017/0058 | Feb 18, 2016 | Mar 7, 2016 | 7300 | 385 |

Conveyance
SECURITY AGREEMENT SUPPLEMENT

| Assignors | Correspondent |
|---|---|
| NXP B.V. | JOANNA MCCALL |
| | 1025 VERMONT AVE NW, SUITE 1130 |
| | NATIONAL CORPORATE RESEARCH, LTD |
| | WASHINGTON, DC 20005 |

Assignee
MORGAN STANLEY SENIOR FUNDING, INC.
1300 THAMES STREET, 4TH FLOOR
BALTIMORE, MARYLAND 21231

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 019719/0843 | Jul 4, 2007 | Aug 17, 2007 | 1293 | 76 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. | ELIZABETH PARSONS |
| | 1825 EYE STREET, NW |
| | WASHINGTON, DC 20006 |

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
5656 AG EINDHOVEN
NETHERLANDS

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043951/0436 | Sep 29, 2006 | Sep 22, 2017 | 407 | 13 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| PHILIPS SEMICONDUCTORS INTERNATIONAL B.V. | NXP USA, INC. |
| | 6501 WILLIAM CANNON DRIVE WEST |
| | AUSTIN, TX 78735 |

Assignee
NXP B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043955/0001 | Sep 28, 2006 | Sep 22, 2017 | 407 | 124 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
KONINKLIJKE PHILIPS ELECTRONICS N.V.

Correspondent
NXP USA, INC.
6501 WILLIAM CANNON DRIVE WEST
AUSTIN, TX 78735

Assignee
PHILIPS SEMICONDUCTORS INTERNATIONAL B.V.
HIGH TECH CAMPUS 60
EINDHOVEN 5656 AG
NETHERLANDS

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 015512/0595 | Jun 7, 2004 | Jun 21, 2004 | 1 | 2 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
LOCKER, KEVIN

Correspondent
PHILIPS ELECTRONICS NORTH AMERICA CORP.
PETER ZAWILSKI
1109 MCKAY DRIVE, M/S-41SJ
SAN JOSE, CA 95131

Assignee
KONINKLIJKE PHILIPS ELECTRONICS N.V.
GROENEWOUDSEWEG 1
EINDHOVEN 5621 BA
NETHERLANDS