IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>INTEL CORPORATION,<br><br>          Defendant. | Case No. 6:19-cv-00254-ADA |

**ORDER ON DEFENDANT INTEL CORPORATION'S
MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)**

Before the Court is Defendant Intel Corporation's Motion to Transfer Venue Under 28 U.S.C. § 1404(a).  After consideration of same, the Court is of the opinion that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that this case be TRANSFERRED to the United States District Court for the District of Delaware.

SIGNED this the _____ day of _____, 2019.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE