IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | C.A. Nos. 6:19-cv-00254, -00255, -00256-ADA |

**ORDER GRANTING DEFENDANT INTEL CORPORATION'S MOTION TO TRANSFER VENUE WITHIN THIS DISTRICT UNDER 28 U.S.C. § 1404(a)**

Before the Court is Defendant Intel Corporation's Motion to Transfer Venue Within this District Under 28 U.S.C. § 1404(a). After consideration of same, the Court is of the opinion that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that this case be **TRANSFERRED** to the Austin Division of the United States District Court for the Western District of Texas and remain on the docket of Judge Alan D. Albright.

SIGNED THIS _____ day of _____, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ALAN D. ALBRIGHT
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE