IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC,<br>*Plaintiff*<br><br>-vs-<br><br>INTEL CORPORATION,<br>*Defendant* | § § § § § § § § § | W-19-CV-00254-ADA |

## ORDER CONSOLIDATING CASES

This case appears to be related to *VLSI Tech. LLC v. Intel Corp.* (6:19-cv-00255) and *VLSI Tech. LLC v. Intel Corp.* (6:19-cv-00256). As such, the interests of justice and convenience of the parties are best served by consolidating the actions. Accordingly, it is

**ORDERED** that **6:19-cv-00255** and **6:19-cv-00256** be consolidated under this case.

The Clerk of the Court is directed to consolidate **6:19-cv-00254**, **6:19-cv-00255**, and **6:19-cv-00256**, where **6:19-cv-00254** is the lead case.

SIGNED this 5th day of September, 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE